[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 28, 2006
THOMAS K. KAHN
CLERK

No. 06-11685
Non-Argument Calendar

_____

D. C. Docket No. 04-00373-CR-J-20HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT MEAD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 28, 2006)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Vincent Mead in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Mead's supervised release and the resulting 60-month sentence is **AFFIRMED.**